IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00574-MEH

STEPHEN HUGHS,

    Plaintiff,

v.

OXFORD LAW, LLC,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 22, 2015.**

    Plaintiff's Motion to Modify the Court's March 26, 2015 Order Setting the Scheduling Conference for June 4, 2015 [filed May 22, 2015; docket #6] is **granted in part and denied in part**. The Scheduling Conference currently set for June 4, 2015 is **converted** to a Status Conference at which counsel shall be prepared to discuss the status of service of process on the Defendant.