IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15–cv–00574–PAB

STEPHEN HUGHS,

      Plaintiff,

v.

OXFORD LAW, LLC,

      Defendant.

## DEFAULT JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b)(1), the following Default Judgment is hereby entered.

Pursuant to the Order [Docket No. 23] of United States District Judge Philip A. Brimmer entered on September 6, 2018, it is

ORDERED that plaintiff's Motion for Default Judgment [Docket No. 16] is GRANTED in part and DENIED in part. It is further

ORDERED that default judgment shall enter in favor of plaintiff Stephen Hughs and against defendant Oxford Law, LLC. It is further

ORDERED that plaintiff Stephen Hughs shall be awarded $500 in statutory damages. It is further

ORDERED that plaintiff Stephen Hughs shall be awarded $1,806.00 in attorney's fees. It is further

ORDERED that post judgment interest shall accrue at the legal rate of 2.47% from the date of entry of judgment. It is further

ORDERED that within 14 days of the entry of this Order, plaintiff may have his costs by filing a Bill of Costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.

Dated at Denver, Colorado this 10th day of September, 2018.

                                         FOR THE COURT:

                                         Jeffrey P. Colwell, Clerk


                                         By s/ S. Grimm
                                              Deputy Clerk