***NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.**

AO 133(Rev. 12/09) Bill of Costs

USDC Colo. Version – (Further Rev. (12/01/2013)

# BILL OF COSTS

**United States District Court**

DISTRICT: **DISTRICT OF COLORADO**

Stephen Hughs
v.
Oxford Law, LLC

DOCKET NO. 1:15-cv-00574-PAB

MAGISTRATE CASE NO.

*FILED UNITED STATES DISTRICT COURT DENVER, COLORADO Oct. 30, 2018 JEFFREY P. COLWELL, CLERK*

Judgment having been entered in the above entitled action on September 6, 2018 against Oxford Law, LLC the clerk is requested to tax the following as costs:

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk — **Awarded by clerk as standard 28 U.S.C. § 1920(1) cost. See Docket Entry 1, filing fee Receipt No. 1082-4324960 for $400.00.** | $400.00 ✓ |
| Fees for service of summons and complaint — **Costs for private vendor service of process are awardable. See In re Air Crash Disaster at Stapleton Int'l Airport, Denver, Colo., on Nov. 15, 1987, 1989 WL 259995, at 4 (D.Colo. July 24, 1989).** | $52.00 ✓ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

TOTAL $ 452.00 ✓

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: s/Amy L. Bennecoff Ginsburg

Print Name: Amy L. Bennecoff Ginsburg

Phone Number: 267-468-7660

For: Stephen Hughs
*Name of Claiming Party*

Date: September 20, 2018

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:

Date and Time: October ~~29,~~ **30** 2018 at 8:30 a.m.

Costs are hereby taxed in the following amount and included in the judgment:

Amount Taxed $ **452.00**

Counsel Amy L. B. Ginsburg requests leave to appear by phone. 267-468-7660.

CLERK OF COURT
JEFFREY P. COLWELL

**Counsel for Plaintiff appeared by phone.** ~~No appearance by defendant or counsel for defendant.~~

(BY) DEPUTY CLERK: **s/Edward P. Butler**

DATE: **Oct. 30, 2018**

**Seagull Legal Services Inc.**
PO Box 1706
Southampton, PA 18966

# Invoice

| Date | Invoice # |
|---|---|
| 5/14/2015 | 27242A |

| Bill To |
|---|
| Kimmel & Silverman PC<br>30 E. Butler Pk.<br>Ambler, PA 19002 |

| Case |
|---|
| HUGHS V. OXFORD LAW |

| Attorney | Contact | File # |
|---|---|---|
| | CHRISTINE | |

| Item | Description | Amount |
|---|---|---|
| Process of Service | SERVICE OF SUMMONS & COMPLAINT<br><br>OXFORD LAW LLC<br>1100 NORTHBROOK DR.<br>TREVOSE, PA 19053<br><br>SIGNED FOR BY: JOSEPH TOROK<br>9:23AM | 52.00 |

**For your convenience, we are now accepting credit cards. Processing fee of $5 or 3% if over $200.

| **Total** | $52.00 |
|---|---|
| **Customer Total Balance** | $52.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (215) 962-7021 | (215) 357-9144 | seagullegal@yahoo.com | www.seagullegal.com |